UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Marilyn Williams, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Total Life Changes, LLC,<br><br>      Defendant. | Court File No. 0:20-cv-2463-MJD-JFD |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice [ECF No. 66], entered into by counsel for Plaintiff Marilyn Williams and Defendant Total Life Changes, LLC, and the Court being fully advised,

**IT IS HEREBY ORDERED** that the Stipulation is **ADOPTED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this matter is **DISMISSED WITH PREJUDICE**. Plaintiff and Defendant shall each bear their own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 4, 2021                    s/Michael J. Davis
                                                                                Michael J. Davis
                                                                                United States District Court