## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Marilyn Williams, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20cv2463 MJD/JFD |
| Total Life Changes, LLC, | |
| Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Stipulation is **ADOPTED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this matter is **DISMISSED WITH PREJUDICE**. Plaintiff and Defendant shall each bear their own costs, disbursements, and attorneys' fees.

Date: 11/4/2021                                                                KATE M. FOGARTY, CLERK